IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARTHUR NEWTON
ADC #150179                                                                                        PLAINTIFF

V.                                    CASE NO. 2:13CV00116 JLH/BD

ANGELA MIXON and CORIZON                                                            DEFENDANTS

## ORDER

The Defendants have moved to strike Mr. Newton's summary judgment motion from the record. (Docket entry #29) They argue that Mr. Newton's motion is untimely, that he failed to timely respond to their summary judgment motion, and that they should not be required to respond to Mr. Newton's motion. The motion (#29) is GRANTED, in part. The Clerk of the Court is directed to docket Mr. Newton's motion as a response to Defendants' motion for summary judgment. The Defendants are not required to reply to Mr. Newton's response.

IT IS SO ORDERED, this 14th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE