IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARTHUR NEWTON                                                                         PLAINTIFF
ADC #150179

v.                              NO. 2:13CV00116 JLH/BD

ANGELA MIXON;
and CORIZON                                                                          DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The defendants' motion for summary judgment is GRANTED. Document #23. Arthur Newton's claims against Corizon are DISMISSED, without prejudice. His claims against defendant Mixon are DISMISSED, with prejudice.

IT IS SO ORDERED this 26th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE