# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ARTHUR NEWTON**                                                                                   **PLAINTIFF**
**ADC #150179**

**v.**                                            **NO. 2:13CV00116 JLH/BD**

**ANGELA MIXON;**
**and CORIZON**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 26th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE